IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51006
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                             Plaintiff-Appellee,

versus

JUAN DOMINGO GARZA,

                                             Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-99-CR-36-1-JN
--------------------
August 23, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Juan Domingo Garza has moved
for leave to withdraw and has filed a brief as required by Anders
v. California, 386 U.S. 738 (1967). Garza has not filed a
response. Our independent review of the brief and the record
discloses no nonfrivolous issue in this direct appeal.
Accordingly, the motion for leave to withdraw is GRANTED, counsel
is excused from further responsibilities herein, and the APPEAL
IS DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.